**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VERTONIX, LTD, | : | No. 46 EM 2017 |
| | : | |
| v. | : | |
| | : | |
| YURI and OLGA LYUBARSKY, H/W | : | |
| | : | |
| v. | : | |
| | : | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | : | |
| | | |
| VERTONIX, LTD, | : | No. 47 EM 2017 |
| | : | |
| v. | : | |
| | : | |
| YURI and OLGA LYUBARSKY, H/W | : | |
| | : | |
| v. | : | |
| | : | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, the Emergency Application for Stay of Order Pending Appeal is **DENIED**.